DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
estallard@downeybrand.com

Attorneys for Defendants
DIGNITY HEALTH dba ST. MARY'S MEDICAL
CENTER aka ST. MARY'S HOSPITAL, DIGNITY
HEALTH FOUNDATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER SELDON,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation dba ST. MARY'S MEDICAL CENTER aka ST. MARY'S HOSPITAL, DIGNITY HEALTH FOUNDATION and DOES 1-20, INCLUSIVE,<br><br>Defendants. | Case No.  4:16-CV-02454-KAW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING CERTAIN DEADLINES IN SCHEDULING ORDER; DECLARATION OF ELIZABETH B. STALLARD; [PROPOSED] ORDER** |

Pursuant to U.S. District Court, Northern District of California, Local Rules 6-1(b), 6-2, and 7-12, Defendants DIGNITY HEALTH dba ST. MARY'S MEDICAL CENTER and DIGNITY HEALTH FOUNDATION ("Defendants") and Plaintiff CHRISTOPHER SELDON ("Plaintiff") (collectively referred to as "Parties") enter this stipulated request for an extension of the deadline for completing a joint inspection of the premises, and the deadline for the Parties to complete initial disclosures, contained in the Scheduling Order, entered by this Court on May 5, 2016, by twenty (20) days.

As explained in the accompanying Declaration of Elizabeth B. Stallard, due to certain scheduling conflicts, along with Parties disagreement as to the potential impact of the Consent

DOWNEY BRAND LLP

1   Decree issued in the federal ADA class action in Eastern District of California entitled *Kemper, et*

2   *al. v. Catholic Healthcare West* (Defendant's former name), Case No. 2:06-cv-00295, the Parties

3   anticipate they will be unable to complete the joint inspection by the currently-scheduled August

4   18, 2016 deadline.  As such, the Parties seek an extension of that deadline, along with the

5   accompanying deadline for completing initial disclosures, by twenty (20) days.  Accordingly, a

6   20-day extension of the date for joint inspection, along with the deadline for initial disclosures,

7   will ensure the Parties are able to meet and confer about the scope and schedule of the inspection

8   in light of the Consent Decree in place under the *Kemper* case.

9          In particular, the Parties hereby request that the Court extend certain dates and deadlines

10  contained in the Scheduling Order by twenty (20) days as follows:

11  •   The last day for the Parties to hold joint inspection of premises: **September 7, 2016**.

12  •   All related deadlines to follow the September 7, 2016 deadline.

13         SO STIPULATED.

14  DATED:  August 11, 2016              DOWNEY BRAND LLP

15

16                                       By:_____/s/ Elizabeth B. Stallard_____
17                                              ELIZABETH B. STALLARD
                                                Attorney for Defendants
18                                       DIGNITY HEALTH dba ST. MARY'S
                                         MEDICAL CENTER aka ST. MARY'S
19                                       HOSPITAL, DIGNITY HEALTH
                                                FOUNDATION
20
    DATED:  August 11, 2016              THE DERBY LAW FIRM P.C.
21

22

23                                       By:_____/s/ Steven L. Derby_____
                                                STEVEN L. DERBY
24                                              Attorney for Plaintiff
                                         CHRISTOPHER SELDON
25

26

27

28

1452749.1                                    2

STIPULATED REQUEST FOR ORDER CHANGING CERTAIN DEADLINES IN SCHEDULING ORDER

DOWNEY BRAND LLP

**DECLARATION OF ELIZABETH B. STALLARD**

1.      I am an attorney licensed to practice law in the State of California and am attorney for Defendants DIGNITY HEALTH dba ST. MARY'S MEDICAL CENTER and DIGNITY HEALTH FOUNDATION in the above-referenced action.

2.      I make this declaration in support of the Parties' Stipulated Request for Order Changing Certain Deadlines in the Scheduling Order.

3.      I am currently out of the country on a vacation with my family and I will not return to the office until August 15, 2016.  Given that the deadline for conducting the inspection is currently set at August, 18, 2016, the Parties need more time to meet and confer with respect to the scope and details of the joint inspection.

4.      The Parties also need additional time to meet and confer regarding the scope of the joint inspection, given the planned remediation scheduled to take place pursuant to the Consent Decree in the *Kemper* case.  Plaintiff disagrees that the *Kemper* case has any effect and the Parties intend to meet and confer regarding this disagreement.

5.      The Parties agree that no further alterations will be completed to the relevant premises at issue in this matter for a period of thirty (30) days from the filing of this joint request.

6.      The Parties have not previously requested any extensions of deadlines in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11 day of August 2016.


_____/s/ Elizabeth E. Stallard_____
ELIZABETH B. STALLARD


**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____8/12/16_____          _____
                                          HON. KANDIS A. WESTMORE
                                          UNITED STATES DISTRICT COURT

1452749.1

3

STIPULATED REQUEST FOR ORDER CHANGING CERTAIN DEADLINES IN SCHEDULING ORDER