1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

CHRISTOPHER SELDON,

Plaintiff,

Case No.  16-cv-02454-KAW

8

v.

9

**ORDER TO SHOW CAUSE**

10

DIGNITY HEALTH, et al.,

Defendants.

11

12

Plaintiff Christopher Seldon filed his complaint in this action on May 5, 2016.  On October

13

12, 2016, Plaintiff filed an administrative motion to enforce General Order 56 and compel a full

14

site inspection of St. Mary's Medical Center.  (Dkt. No. 15.)  On November 2, 2016, the Court

15

denied Plaintiff's administrative motion to compel a full site inspection, and ordered the parties to

16

complete an inspection of the relevant portions of the premises within 45 days.  (Dkt. No. 17 at 2-

17

3.)  Pursuant to General Order 56, Plaintiff's notice of mediation was then due within 42 days of

18

the joint site inspection.[1]

19

As of the filing of this order, Plaintiff has not filed any such notice or moved for

20

administrative relief from that deadline.  Accordingly, Plaintiff shall show cause why this case

21

should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this order

22

to show cause within 14 days.

23

IT IS SO ORDERED.

24

Dated: February 15, 2017

25

_____
KANDIS A. WESTMORE
United States Magistrate Judge

26

27

28

_____

[1] Thus, the inspection had to be completed by December 18, 2016, and the notice of mediation
was due by January 30, 2017 at the latest.

United States District Court
Northern District of California